IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LYUBOV MELNIK,

        Plaintiff,                    No. CIV S-09-2638 JAM EFB PS

    vs.

COUNTRYWIDE FINANCIAL
CORPORATION; RECONTRUST
COMPANY, N.A.; and LANDSAFE
TITLE OF CALIFORNIA, INC.,               ORDER

        Defendants.
_____/

        This case, in which plaintiff is proceeding *pro se*, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On September 21, 2009, defendants removed the action to this court from Placer County Superior Court on the ground that plaintiff's first amended complaint alleges numerous federal claims, and on October 9, 2009, moved to dismiss plaintiff's first amended complaint. Dckt. Nos. 1, 12.

        On December 3, 2009, the undersigned issued an order denying defendants' motion to dismiss without prejudice and directing defendants to show cause why this action should not be remanded to state court in light of defendants' failure to file a copy of plaintiff's first amended complaint, and as a result, defendants' failure to establish that this court has subject matter jurisdiction over the action. Dckt. No. 17. The undersigned noted that "[r]emoving defendants

1

1 'shall file in the district court of the United States for the district and division within which such
2 action is pending a notice of removal . . . , together with a copy of all process, pleadings, and
3 orders served upon such defendant or defendants in such action,'" and that "[t]he burden of
4 establishing federal jurisdiction is on the party seeking removal, and the removal statute is
5 strictly construed against removal jurisdiction.'" *Id.* (quoting 28 U.S.C. § 1446(a) and *Emrich v.*
6 *Touche Ross & Co.*, 846 F.2d 1190, 1195 (9th Cir. 1988)).

7    On December 23, 2009, defendants filed a response to the order to show cause,
8 acknowledging their failure to file a copy of the first amended complaint, but arguing that the
9 error was clerical and therefore should not result in remand of this action.  Dckt. No. 18.
10 Defendants also filed a copy of plaintiff's first amended complaint, which alleges, *inter alia*,
11 claims under the Truth in Lending Act, 15 U.S.C. §§ 1601 *et seq.*; the Home Ownership and
12 Equity Protection Act, 15 U.S.C. §§ 1639 *et seq.*; the Real Estate Settlement Procedures Act, 12
13 U.S.C. §§ 2601 *et seq.*; and the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 *et seq.*

14    Accordingly, IT IS HEREBY ORDERED that the December 3, 2009 order to show
15 cause, Dckt. No. 17, is discharged.

16    SO ORDERED.
17 DATED:  December 30, 2009.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE